DORIS GOLDEN v. GREGORIO M. ZAIDE.

February 15, 1983.

Petition for certification denied.

E. GRANT FITTS v. G.R.R. CORPORATION AND RAE
CONSTRUCTION CO., INC.

February 15, 1983.

Petition for certification denied.

PAUL AND ESTHER ROSENBERG v. TOWNSHIP OF
SOUTH ORANGE.

February 15, 1983.

Leave to appeal is granted and the matter is summarily
remanded to the Appellate Division for consideration of the
appeal on the merits. Jurisdiction is not retained.

CAMDEN COUNTY BOARD OF SOCIAL SERVICES ON BEHALF
OF JOANNE ROHLOFF v. JOSEPH KELLNER.

February 22, 1983.

Certification is granted, the judgment of the Superior Court,
Appellate Division, is summarily reversed and the judgment of
the Superior Court, Law Division, is reinstated. See c. 17,
L.1983 (S–888, signed January 21, 1983).